MORTON GACHE, Respondent, v. JOSEPH L. MORSE et al., Copartners Doing Business under the Name of BOOK GIVE-AWAY PLAN, et al., Appellants.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

In the Matter of the Will of PHILIP DIETZ, Deceased. MAY PFLUG et al., Appellants; EMIL DIETZ et al., as Executors of PHILIP DIETZ, Deceased, et al., Respondents.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Arbitration Between HEINRICH PLESSNER, Appellant, and EUGENIA SILBERFELD, Respondent.—

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.